R. L. JACKSON AND V. A. SHINE v. THE STATE.

No. 12678.   Delivered October 30, 1929.

The opinion states the case.

*Robert M. Washburn* of Houston, for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

CHRISTIAN, JUDGE.—The offense is tampering with 'an automobile; the punishment confinement in jail for sixty days.

Appellants entered into a joint recognizance. A joint recognizance on appeal will not confer jurisdiction on this court. Our decisions are to the effect that each appellant must give a separate recognizance. Branch's Annotated Penal Code of Texas, sec. 614. Irvin v. State, 32 S. W. 899; Bowers v. State, 33 S. W. 974; Goldman v. State, 34 S. W. 122; McMeans v. State, 38 S. W. 998; Hodges v. State, 38 S. W. 1019; Hogg v. State, 48 S. W. 580; Haverbekken et al. v. State, 200 S. W. 524.

Appellants are granted fifteen days from this date in which to perfect their appeal.

The appeal is dismissed.

*Appeal dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.